GABRIEL P. HERRERA, State Bar No. 287093
gherrera@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for GEOFFREY RICHARDS,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>STEPHEN DARREL SHAIDELL,<br><br>    Debtor. | Case No. 24-24467<br>Chapter 7<br><br>DCN: KMT-4<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR ORDER AUTHORIZING SALE OF ESTATE PROPERTY BY AUCTION FREE AND CLEAR OF LIENS; EMPLOYMENT AND COMPENSATION OF AUCTIONEER; AND WAIVER OF 14-DAY STAY PERIOD**<br><br>Judge:   Hon. Fredrick E. Clement<br>Date:    August 18, 2025<br>Time:   10:30 a.m.<br>Dept.:   A, Crtrm 28 |

**TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Geoffrey Richards, in his capacity as the Chapter 7 trustee for the bankruptcy estate of Stephen Darrel Shaidell, hereby withdraws his motion for an order authorizing sale of estate property by auction free and clear of liens; employment and compensation of auctioneer; and waiver of 13-day stay period (Dkt Nos. 93, 94, 95, 96, 97, 98). The motion will be refiled on regular notice.

DATED: August 15, 2025        KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                        A Professional Corporation

                                        By: _____
                                                Gabriel P. Herrera
                                                Attorneys for GEOFFREY RICHARDS,
                                                Chapter 7 Trustee

4907-7869-6287.1 015125.009      1

NOTICE OF WITHDRAWAL OF MOTION FOR ORDER AUTHORIZING SALE OF ESTATE PROPERTY BY AUCTION FREE AND CLEAR OF LIENS; EMPLOYMENT AND COMPENSATION OF AUCTIONEER; AND WAIVER OF 14-DAY STAY PERIOD