3

GABRIEL P. HERRERA, State Bar No. 287093
gherrera@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for GEOFFREY RICHARDS,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>STEPHEN DARREL SHAIDELL,<br><br>        Debtor. | Case No. 24-24467<br>Chapter 7<br><br>DCN: KMT-6<br><br>**NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING SALE OF ESTATE PROPERTY BY AUCTION FREE AND CLEAR OF LIENS; EMPLOYMENT AND COMPENSATION OF AUCTIONEER; AND WAIVER OF 14-DAY STAY PERIOD**<br><br>Judge:  Hon. Fredrick E. Clement<br>Date:   September 8, 2025<br>Time:  10:30 a.m.<br>Dept.:  A, Crtrm 28<br>        501 I Street, 7th Floor<br>        Sacramento, CA 95814 |

**TO:   ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

     **PLEASE TAKE NOTICE** that on September 8, 2025 at 10:30 a.m. in the above-captioned court, in Department A, Courtroom 28, located at 501 I Street, 7th Floor, Sacramento, CA, Geoffrey Richards ("Trustee"), in his capacity as the Chapter 7 trustee for the bankruptcy estate of STEPHEN DARREL SHAIDELL ("Debtor"), hereby moves as follows:

     (1)   for authority to employ West Auctions, Inc. ("Auctioneer") as auctioneer and for the allowance of compensation to the Auctioneer that provides compensation from the estate in the

amount of fifteen percent (15%) of the gross sale proceeds plus reimbursement for expenses estimated not to exceed $22,850 which are anticipated to be (a) auction setup (4 days, 2 laborers) $5,500; (b) auction preview (1 day, 1 laborer) $550; (c) auction removal (4 days, 3 laborers) $8,000; (d) travel/lodging: $4,500; (e) forklift rental for auction removal $1,800; and (f) marketing $2,500;

(2) for authority (but not a requirement) to sell by public auction the bankruptcy estate's interest in the Debtor's equipment and tools of the trade, consisting of: (a) vehicle lifts; (b) a drive-on lift; (c) a powder coating booth; (d) a forklift; (e) press brake; (f) waterjet cutting machine; (g) metal brake; (h) toolboxes; (i) large collection of hand tools; (j) support equipment; (k) vises; and (l) welders (collectively "Personal Property Assets"); which are items remaining at 1113 Center Street, Redding, California 96001 ("Subject Property");

(3) that the sale be free and clear of the liens of the Small Business Administration and Cornerstone Community Bank under 11 U.S.C. section 363(f); and

(4) that the 14-day stay period imposed by Federal Rule of Bankruptcy Procedure 6004(h) be waived.

This Motion is based upon this Notice of Hearing; the Motion; the Declarations of Geoffrey Richards and Donna Bradshaw; the Exhibits filed in support of the Motion; all pleadings and papers on file in this action; and upon such other matters as may be presented to the Court at the time of the hearing.

Reference to the Motion is suggested for more detail. A copy may be obtained from the Bankruptcy Court whose address appears below.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one. If you do not have an attorney, you may wish to consult one.**

This notice is filed pursuant to Local Rule 9014-1(f)(2) and Rule 2002(a), which requires a minimum of 21 days' notice of the hearing. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your view on the Motion, then you need only appear at the hearing set forth above. If you or your attorney decide to file a written response explaining your position, you may do so at:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
501 I Street, 3rd Floor
Sacramento, CA 95814

If you mail your response to the Court for filing, you must mail it early enough so the Court receives it prior to the date set for the hearing. You must also mail a copy to:

Geoffrey Richards, Trustee
c/o Kronick, Moskovitz, Tiedemann & Girard
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833

You or your attorney must also appear at the hearing at the time and place noted above.

PLEASE TAKE FURTHER NOTICE THAT pursuant to Local Rule 9014-1(d)(3)(B)(iii), you can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing, and that parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

DATED: August 15, 2025

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: _____
Gabriel P. Herrera
Attorneys for GEOFFREY RICHARDS,
Chapter 7 Trustee

4937-9811-5676.2 015125.009

3

NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING SALE OF ESTATE PROPERTY BY AUCTION FREE AND CLEAR OF LIENS; EMPLOYMENT AND COMPENSATION OF AUCTIONEER; AND WAIVER OF 14-DAY STAY PERIOD