**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 24-24467 - A - 7
Stephen Darrel Shaidell,           ) Docket Control No. KMT-6
            Debtor.                ) Document No. 107
                                   ) Date: 09/08/2025
                                   ) Time: 10:30 AM
                                   ) Dept: A
```

**Order**

Debtor's motion to sell has been presented to the court. Given the procedural deficiencies discussed by the court in its ruling,

IT IS ORDERED that the motion is denied without prejudice.

Dated: September 10, 2025

_____
Fredrick E. Clement
United States Bankruptcy Judge

[107] - Motion to Sell Free and Clear of Liens [KMT-6] Filed by Trustee Geoffrey Richards (Fee Paid $199) (eFilingID: 7531182) (tsef) [107] - Motion/Application for Compensation [KMT-6] for West Auctions, Inc., Auctioneer(s) Filed by Trustee Geoffrey Richards (tsef) [107] - Motion/Application to Employ West Auctions, Inc. as Auctioneer(s) [KMT-6] Filed by Trustee Geoffrey Richards (tsef)