**3**
SCHEER LAW GROUP, LLP
SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
85 Argonaut, Suite 202
Aliso Viejo, CA 92656
Telephone: (949) 263-8757
Facsimile: (949) 686-3695
HCS.100-007S

Attorneys for Objecting Creditor
JUSTIN ALDI, TRUSTEE OF THE MACKILLIE INC 401K ROTH, AS TO AN UNDIVIDED 55,000/110,000 INTEREST; JORDAN MUST, TRUSTEE OF THE AFI SERVICES INC 401k PSP, AS TO AN UNDIVIDED 55,000/110,000 INTEREST, their successors and/or assignees in interest

UNITED STATES BANKRUPTCY COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Bk. No. 24-24467 |
| STEPHEN DARREL SHAIDELL, | Chapter 7 |
| Debtor. | M.C. No. KMT-8 |
| | **CONDITIONAL OPPOSITION TO THE TRUSTEE'S MOTION TO APPROVE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES AND FOR COMPENSATION OF BROKER** |
| | Hearing-<br>Date: October 6, 2025<br>Time: 10:30 a.m.<br>Place: Bankruptcy Court<br>  501 I Street<br>  7th Floor, Courtroom 28, Dept. A<br>  Sacramento, CA 95814 |

JUSTIN ALDI, TRUSTEE OF THE MACKILLIE INC 401K ROTH, AS TO AN UNDIVIDED 55,000/110,000 INTEREST; JORDAN MUST, TRUSTEE OF THE AFI SERVICES INC 401k PSP, AS TO AN UNDIVIDED 55,000/110,000 INTEREST, their

1

1 successors and/or assignees in interest ("**Secured Creditor**"), hereby submits this Conditional

2 Opposition ("**Conditional Opposition**") to the Chapter 7 Trustee's Motion to Approve Sale of

3 Real Property Free and Clear of Liens and Encumbrances and for Compensation of Broker

4 ("**Sale Motion**") filed by the Chapter 7 Trustee, Geoffrey Richards ("**Trustee**"). This

5 Conditional Opposition is based on the pleadings and records on file in this matter and the

6 following memorandum. Secured Creditor also requests that the Court take Judicial Notice of

7 certain documents of public record and on file with this Court in accordance with Federal Rule of

8 Evidence 201.

## I. FACTS

10     Secured Creditor is the current payee of a Promissory Note dated July 7, 2022, in the

11 principal amount of $110,000.00 (the "**Note**") secured by a First Deed of Trust of same date (the

12 "**Deed of Trust**") executed and recorded in San Diego County and which encumbers the real

13 property located at **1113 Center Street, Redding, CA 96001** (the "**Property**"). [*See* Secured

14 Creditor's Proof of Claim 12.1].

15     The Loan was made as a business purpose one (1) year loan that matured on August 1,

16 2023 ("**Maturity Date**"). Prior to the Maturity Date, the monthly non-default interest (11.00%)

17 payment was $1,008.33/month. [*See* Secured Creditor's Proof of Claim 12.1].

18     Debtor failed to payoff the Loan by the Maturity Date. Secured Creditor and Debtor then

19 entered into a Modification of Note Secured by Deed of Trust ("**Modification**"). Pursuant to

20 the terms of the Modification, the Balloon Payment was extended from August 1, 2023 to

21 December 31, 2023. [*See* Secured Creditor's Proof of Claim 12.1]. Despite Secured Creditor

22 allowing additional time to pay off the Loan prior to commencing foreclosure, the Loan was not

23 paid as required and a foreclosure was commenced.

24     On September 15, 2025, the Trustee filed his Sale Motion, Docket No. 133. Pursuant to

25 the Sale Motion, the Trustee is seeking the Court's approval to sell the Property. According to

26 the Sale Motion, the Trustee has received an offer for purchase of the Property at $900,000.00.

27 [*See* Sale Motion, Docket #133, Page 1, ¶(a).]

28     The Sale Motion lists Secured Creditor's name as Jordan Elliot Must, Trustee. However, Secured Creditor's name is Justin Aldi, Trustee of the Mackillie Inc 401k Roth, as to an

Undivided 55,000/110,000 Interest; Jordan Must, Trustee of the AFI Services Inc 401k PSP, as to an Undivided 55,000/110,000 Interest.

Pursuant to the Sale Motion, the Trustee plans to use the funds from the sale to make a lump sum payment sufficient to pay all Class 1 arrears, full payment of all Class 2 claims, Class 5 claims, and Class 7 general unsecured claims. [*See* Sale Motion, Docket #138, Page 2, ¶5.] The Motion, provides for an estimated payment of $133,988.67 to be made to Secured Creditor.

The *estimated* pay off for Secured Creditor's secured claim, is $159,737.74, good through October 6, 2025, with interest fees and costs that continue to accrue pursuant to the loan documents.

## II.     CONDITIONAL OPPOSITION

Secured Creditor does not object to the Sale Motion provided that its note which is secured by a deed of trust on Property is paid off in full concurrently with the closing of the loan and that the order approving the sale contains such language. Secured Creditor's Payoff Amount as of October 6, 2025, is *estimated* to be $159,737.74.

Secured Creditor supports the Debtor obtaining the Sale Motion as long as the following is included in any order approving the Sale Motion, should it result in the Debtor paying off Secured Creditor's lien in full via escrow. Secured Creditor requests any order granting the Sale Motion specify the following:

- That Secured Creditor will be paid in full on its claim concurrently upon closing of the loan.
- Secured Creditor reserves the right to submit an updated payoff demand prior to any close escrow top ensure it is paid in full.

In the event that the above language is included in the order approving the Motion, Secured Creditor joins the Motion in support.

SCHEER LAW GROUP, LLP

DATED: September 23, 2025         /s/ Reilly D. Wilkinson
                                                     #250086