| | |
|---|---|
| GABRIEL P. HERRERA, State Bar No. 287093<br>gherrera@kmtg.com<br>KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD<br>A Professional Corporation<br>1331 Garden Hwy, 2nd Floor<br>Sacramento, California 95833<br>Telephone: (916) 321-4500<br>Facsimile: (916) 321-4555c<br><br>Attorneys for GEOFFREY RICHARDS,<br>Chapter 7 Trustee | |

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>STEPHEN DARREL SHAIDELL,<br><br>　　　Debtor. | Case No. 24-24467<br>Chapter 7<br><br>DCN:　KMT-8<br><br>**RESPONSE TO CONDITIONAL OPPOSITION TO MOTION TO APPROVE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES AND FOR COMPENSATION OF BROKER**<br><br>Judge:　Hon. Fredrick E. Clement<br>Date:　October 6, 2025<br>Time:　10:30 a.m.<br>Dept.:　A, Crtrm 28<br>　　　501 I Street, 7th Floor<br>　　　Sacramento, CA 95814 |

　　　Geoffrey Richards ("Trustee"), in his capacity as the Chapter 7 trustee for the bankruptcy estate of STEPHEN DARREL SHAIDELL ("Debtor"), hereby responds to the conditional opposition of JUSTIN ALDI, TRUSTEE OF THE MACKILLIE INC 401K ROTH, AS TO AN UNDIVIDED 55,000/110,000 INTEREST; JORDAN MUST, TRUSTEE OF THE AFI SERVICES INC 401k PSP, AS TO AN UNDIVIDED 55,000/110,000 INTEREST, their successors and/or assignees in interest ("Secured Creditor") to Trustee's motion to approve sale of real property free and clear of liens and encumbrances and for compensation of broker as follows:

/ / /

1. The Secured Creditor conditionally opposes the motion to ensure that its deed of trust is paid off in full at closing of the sale. The motion provides that all undisputed liens and encumbrances would be paid from escrow. Moreover, the motion does not seek to sell the Subject Property free and clear of Secured Creditor's secured claim. As such, while the Trustee believes the requested language to be added by the Secured Creditor is superfluous, the Trustee does not have an issue with the language sought by the Secured Creditor if deemed necessary.

2. The estimated net proceeds is calculated as follows:

| | |
|---|---|
| Sale Price: | $900,000 |
| Costs of Sale: | ($63,000) |
| Cornerstone/Plumas Lien: | ($473,202) |
| Secured Creditor: | ($159,737) |
| **Net Proceeds** | **$204,061** |

3. The lien of Liberty Village will attach to the Net Proceeds.

DATED: September 29, 2025

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: _____
Gabriel P. Herrera
Attorneys for GEOFFREY RICHARDS,
Chapter 7 Trustee

4923-8718-1421.1 015125.009

2

RESPONSE TO CONDITIONAL OPPOSITION TO MOTION TO APPROVE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES AND FOR COMPENSATION OF BROKER