2

GABRIEL P. HERRERA, State Bar No. 287093
gherrera@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for GEOFFREY RICHARDS,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>STEPHEN DARREL SHAIDELL,<br><br>        Debtor. | Case No. 24-24467<br>Chapter 7<br><br>DCN: KMT-9<br><br>**ORDER GRANTING MOTION FOR ORDER AUTHORIZING SALE OF ESTATE PROPERTY BY AUCTION FREE AND CLEAR OF LIENS; EMPLOYMENT AND COMPENSATION OF AUCTIONEER; AND WAIVER OF 14-DAY STAY PERIOD**<br><br>Judge:   Hon. Fredrick E. Clement<br>Date:    October 6, 2025<br>Time:   10:30 a.m.<br>Dept.:   A, Crtrm 28<br>           501 I Street, 7th Floor<br>           Sacramento, CA 95814 |

The motion to for an order authorizing sale of estate property by auction free and clear of liens; employment and compensation of auctioneer; and waiver of 14-day stay period filed by GEOFFREY RICHARDS ("Trustee"), in his capacity as the Chapter 7 trustee for the bankruptcy estate of STEPHEN DARREL SHAIDELL ("Debtor"), came on for hearing at the above-captioned date, time and place. Appearances were noted on the record. After considering the motion, the evidence in support, and good cause appearing therefor,

**IT IS HEREBY ORDERED that:**

    1.    The Motion is granted.

1    2.    The Trustee is authorized to employ West Auctions, Inc. ("Auctioneer") as
2 auctioneer.

3    3.    The Auctioneer is authorized compensation in the amount of fifteen percent (15%)
4 of the gross sale proceeds of the auction plus reimbursement for expenses not to exceed $22,850.

5    4.    The Trustee is authorized to pay the compensation to the Auctioneer as provided
6 herein.

7    5.    The Trustee is authorized (but not required) to sell by public auction the bankruptcy
8 estate's interest in the Debtor's equipment and tools of the trade, consisting of: (a) vehicle lifts; (b) a
9 drive-on lift; (c) a powder coating booth; (d) a forklift; (e) press brake; (f) waterjet cutting machine;
10 (g) metal brake; (h) toolboxes; (i) large collection of hand tools; (j) support equipment; (k) vises;
11 and (l) welders (collectively "Personal Property Assets").

12    6.    The sale of the Personal Property Assets are free and clear of the liens of the Small
13 Business Administration and Cornerstone Community Bank under 11 U.S.C. section 363(f) and any
14 interest shall attach to the proceeds of the sale with the same priority and validity as before the sale.

15    7.    The Trustee is authorized to execute all documents necessary to effectuate the sale
16 of the Personal Property Assets.

17    8.    The 14-day stay period imposed by Federal Rule of Bankruptcy Procedure 6004(h)
18 is waived.

19    9.    If the filing fee for the motion was deferred and if such fee remains unpaid at the
20 time the order is submitted, then the Trustee or debtor in possession shall pay the fee for the filing
21 of this motion to the Clerk of the Bankruptcy Court from the sale proceeds immediately after closing.

Dated: October 10, 2025

_____
Fredrick E. Clement
United States Bankruptcy Judge

4913-7835-6336.1 015125.009                 2
ORDER GRANTING MOTION FOR ORDER AUTHORIZING SALE OF ESTATE PROPERTY BY AUCTION FREE AND CLEAR OF
LIENS; EMPLOYMENT AND COMPENSATION OF AUCTIONEER; AND WAIVER OF 14-DAY STAY PERIOD