**5**

GABRIEL P. HERRERA, State Bar No. 287093
gherrera@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for GEOFFREY RICHARDS,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>STEPHEN DARREL SHAIDELL,<br><br>            Debtor. | Case No. 24-24467<br>Chapter 7<br><br>DCN: KMT-9<br><br>**NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR ORDER AUTHORIZING SALE OF ESTATE PROPERTY BY AUCTION FREE AND CLEAR OF LIENS; EMPLOYMENT AND COMPENSATION OF AUCTIONEER; AND WAIVER OF 14-DAY STAY PERIOD**<br><br>Judge: Hon. Fredrick E. Clement<br>Date: October 6, 2025<br>Time: 10:30 a.m.<br>Dept.: A, Crtrm 28 |

**TO: THE DEBTORS AND THEIR ATTORNEYS OF RECORD, CHAPTER 7 TRUSTEE, U.S. TRUSTEE, AND ALL CREDITORS AND PARTIES IN INTEREST AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 10, 2025, the US Bankruptcy Court for the Eastern District of California, entered on the docket (Doc 148) an Order Granting Motion for Order Authorizing Sale of Estate property by Auction Free and Clear of Liens; Employment and Compensation of Auctioneer; and Waiver of 14-Day Stay Period. A true and correct copy of said

/ / /

4899-6710-7186.1 015125.009      1

NOTICE OF ENTRY OF ORDER GRANTING
MOTION FOR ORDER AUTHORIZING SALE OF ESTATE PROPERTY BY AUCTION, et al.

1. Order is attached hereto and incorporated by reference herein as **Exhibit 1**.

2. DATED: October 13, 2025

   KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   A Professional Corporation

   By: _____
   Gabriel P. Herrera
   Attorneys for GEOFFREY RICHARDS,
   Chapter 7 Trustee

4899-6710-7186.1 015125.009

2

NOTICE OF ENTRY OF ORDER GRANTING
MOTION FOR ORDER AUTHORIZING SALE OF ESTATE PROPERTY BY AUCTION, et al.

EXHIBIT 1

2

1　GABRIEL P. HERRERA, State Bar No. 287093
　 gherrera@kmtg.com
2　KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
　 A Professional Corporation
3　1331 Garden Hwy, 2nd Floor
　 Sacramento, California 95833
4　Telephone: (916) 321-4500
　 Facsimile: (916) 321-4555
5
　 Attorneys for GEOFFREY RICHARDS,
6　Chapter 7 Trustee

7

8　　　　　　　　　　　　UNITED STATES BANKRUPTCY COURT

9　　　　　　　　　EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10　In re                                              | Case No. 24-24467
　                                                    | Chapter 7
11　STEPHEN DARREL SHAIDELL,
　                                                    | DCN: KMT-9
12　　　　　　Debtor.
　                                                    | **ORDER GRANTING MOTION FOR**
13　                                                  | **ORDER AUTHORIZING SALE OF**
　                                                    | **ESTATE PROPERTY BY AUCTION**
14　                                                  | **FREE AND CLEAR OF LIENS;**
　                                                    | **EMPLOYMENT AND COMPENSATION**
15　                                                  | **OF AUCTIONEER; AND WAIVER OF 14-**
　                                                    | **DAY STAY PERIOD**
16
　                                                    | Judge:　Hon. Fredrick E. Clement
17　                                                  | Date:　 October 6, 2025
　                                                    | Time:　 10:30 a.m.
18　                                                  | Dept.:　 A, Crtrm 28
　                                                    | 　　　　 501 I Street, 7th Floor
19　                                                  | 　　　　 Sacramento, CA 95814

20

21　　　　The motion to for an order authorizing sale of estate property by auction free and clear of

22　liens; employment and compensation of auctioneer; and waiver of 14-day stay period filed by

23　GEOFFREY RICHARDS ("Trustee"), in his capacity as the Chapter 7 trustee for the bankruptcy

24　estate of STEPHEN DARREL SHAIDELL ("Debtor"), came on for hearing at the above-captioned

25　date, time and place. Appearances were noted on the record. After considering the motion, the

26　evidence in support, and good cause appearing therefor,

27　　　　**IT IS HEREBY ORDERED that:**

28　　　　1.　　The Motion is granted.

4913-7835-6336.1 015125.009　　　　　　　　　　　1
ORDER GRANTING MOTION FOR ORDER AUTHORIZING SALE OF ESTATE PROPERTY BY AUCTION FREE AND CLEAR OF
LIENS; EMPLOYMENT AND COMPENSATION OF AUCTIONEER; AND WAIVER OF 14-DAY STAY PERIOD

2. The Trustee is authorized to employ West Auctions, Inc. ("Auctioneer") as auctioneer.

3. The Auctioneer is authorized compensation in the amount of fifteen percent (15%) of the gross sale proceeds of the auction plus reimbursement for expenses not to exceed $22,850.

4. The Trustee is authorized to pay the compensation to the Auctioneer as provided herein.

5. The Trustee is authorized (but not required) to sell by public auction the bankruptcy estate's interest in the Debtor's equipment and tools of the trade, consisting of: (a) vehicle lifts; (b) a drive-on lift; (c) a powder coating booth; (d) a forklift; (e) press brake; (f) waterjet cutting machine; (g) metal brake; (h) toolboxes; (i) large collection of hand tools; (j) support equipment; (k) vises; and (l) welders (collectively "Personal Property Assets").

6. The sale of the Personal Property Assets are free and clear of the liens of the Small Business Administration and Cornerstone Community Bank under 11 U.S.C. section 363(f) and any interest shall attach to the proceeds of the sale with the same priority and validity as before the sale.

7. The Trustee is authorized to execute all documents necessary to effectuate the sale of the Personal Property Assets.

8. The 14-day stay period imposed by Federal Rule of Bankruptcy Procedure 6004(h) is waived.

9. If the filing fee for the motion was deferred and if such fee remains unpaid at the time the order is submitted, then the Trustee or debtor in possession shall pay the fee for the filing of this motion to the Clerk of the Bankruptcy Court from the sale proceeds immediately after closing.

Dated: October 10, 2025

_____
Fredrick E. Clement
United States Bankruptcy Judge