**2**

GABRIEL P. HERRERA, State Bar No. 287093
*gherrera@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for GEOFFREY RICHARDS,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>STEPHEN DARREL SHAIDELL,<br><br>        Debtor. | Case No. 24-24467<br>Chapter 7<br><br>DCN:  KMT-8<br><br>**ORDER GRANTING MOTION TO APPROVE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES AND FOR COMPENSATION OF BROKER**<br><br>Judge:    Hon. Fredrick E. Clement<br>Date:     October 6, 2025<br>Time:    10:30 a.m.<br>Dept.:    A, Crtrm 28<br>          501 I Street, 7th Floor<br>          Sacramento, CA 95814 |

The motion to approve sale of real property free and clear of liens and encumbrances and for compensation of broker filed by GEOFFREY RICHARDS ("Trustee"), in his capacity as the Chapter 7 trustee for the bankruptcy estate of STEPHEN DARREL SHAIDELL ("Debtor"), came on for hearing at the above-captioned date, time and place.  Appearances were noted on the record. After considering the motion, the evidence in support, and good cause appearing therefor,

**IT IS HEREBY ORDERED that:**

    1.    The motion is granted.

/ / /

4929-6190-2448.1 015125.009                    1

ORDER GRANTING MOTION TO APPROVE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS
AND ENCUMBRANCES AND FOR COMPENSATION OF BROKER

2.    The Trustee is authorized to sell the bankruptcy estate's interest in certain real property located at 1113 Center Street, Redding, California 96001 ("Subject Property") as is, where is, and without representation and warranty to Kevin Crye or his nominee ("Buyer") for the purchase price of $900,000 pursuant to a Commercial Purchase Agreement and Joint Escrow Instructions and Counter-Offer, attached as Exhibit A to Docket No. 137.

3.    The Trustee is authorized to compensate the bankruptcy estate's real estate broker, Re/Max Gold and Re/Max Top Properties (collectively "Broker"), in the amount of $45,000.00 (5% of the gross sale price) that may be split with any buyer's broker.

4.    The sale of the Subject Property is free and clear of the liens and encumbrances of Liberty Village LLC, including the document recorded as Document No. 2024-0004146, pursuant to 11 U.S.C. section 363(f) and any interest shall attach to the proceeds of the sale with the same priority and validity as before the sale.

5.    The Trustee is authorized to pay undisputed liens and encumbrances from escrow.

6.    The Trustee is authorized to execute all documents necessary to effectuate the sale of the Subject Property.

7.    The 14-day stay period imposed by Federal Rule of Bankruptcy Procedure 6004(h) is waived.

8.    If the filing fee for the motion was deferred and if such fee remains unpaid at the time the order is submitted, then the Trustee or debtor in possession shall pay the fee for the filing of this motion to the Clerk of the Bankruptcy Court from the sale proceeds immediately after closing.

Dated: October 21, 2025

_____
Fredrick E. Clement
United States Bankruptcy Judge

ORDER GRANTING MOTION TO APPROVE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES AND FOR COMPENSATION OF BROKER